**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REINHART, CHARLES E § Case No. 08-04462
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 27, 2008. The undersigned trustee was appointed on February 27, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $     13,211.03

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 864.97 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $     12,346.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/30/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,071.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,071.10, for a total compensation of $2,071.10. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $92.30, for total expenses of $92.30.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/26/2010         By:/s/DAVID P. LEIBOWITZ
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-04462  
Case Name: REINHART, CHARLES E  

Period Ending: 03/26/10

Trustee: (330570) DAVID P. LEIBOWITZ  
Filed (f) or Converted (c): 02/27/08 (f)  
§341(a) Meeting Date: 03/25/08  
Claims Bar Date: 06/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 3 | 1435 Brickell Avenue, #3002, Miami, FL 33131 | 650,000.00 | 138,243.00 | DA | 0.00 | FA |
| 4 | Bank of America checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security Deposit with (2)Tenants | 3,400.00 | 3,400.00 | DA | 0.00 | FA |
| 6 | Furniture | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | Clothing | 200.00 | 200.00 | DA | 0.00 | FA |
| 8 | Location: 852 W. Oakdale Avenue, Chicago | 1,070,000.00 | 100,244.00 | OA | 0.00 | FA |
| 9 | 1425 Brickell Avenue, #44D, Miami, FL 33131 | 795,000.00 | 44,085.00 | DA | 600.00 | FA |
| 10 | Rent for 852 W. Oakdale<br>    Rent from each unit of 852 W. Oakdale | Unknown | N/A | DA | 13,800.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 11.03 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $2,519,100.00 | $286,672.00 | | $14,411.03 | $0.00 |

**Major Activities Affecting Case Closing:**

Possible sale for $725,000 - negotiate carveout. 10/22/09DPL

Selling property - investigating background activities - 01/21/09 - Ladue connection.

Claims objections filed  
TFR to be prepared

TFR to be done.

**Initial Projected Date Of Final Report (TFR):**   March 25, 2009    **Current Projected Date Of Final Report (TFR):**   April 30, 2010

Printed: 03/26/2010 01:37 PM     V.11.54

Case 08-04462    Doc 65    Filed 03/26/10    Entered 03/26/10 14:07:55    Desc Main
          Document      Page 4 of 9

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 08-04462  
Case Name: REINHART, CHARLES E

Taxpayer ID #: 13-7602870  
Period Ending: 03/26/10

Trustee: DAVID P. LEIBOWITZ (330570)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****33-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/08 | {10} | Erin Maloney | Rent for unit of 852 W. Oakdale | 1122-000 | 600.00 | | 600.00 |
| 05/30/08 | {10} | Kerry Maloney | Rent for 852 W. Oakdale | 1122-000 | 600.00 | | 1,200.00 |
| 05/30/08 | {10} | Sarah Wochos | Rent for unit in 852 W. Oakdale | 1122-000 | 600.00 | | 1,800.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.19 | | 1,800.19 |
| 07/01/08 | {10} | Erin C. Maloney | July rent for Oakdale unit | 1122-000 | 600.00 | | 2,400.19 |
| 07/01/08 | {10} | Kerry Maloney | July rent for Oakdale unit | 1122-000 | 600.00 | | 3,000.19 |
| 07/01/08 | {10} | Sarah Wochos | Rent for July for Oakdale unit | 1122-000 | 600.00 | | 3,600.19 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,600.59 |
| 08/04/08 | {10} | Sarah Wochos | August Rent for 852 W. Oakdale | 1122-000 | 600.00 | | 4,200.59 |
| 08/04/08 | {10} | Erin C. Maloney | August rent for 852 W. Oakdale | 1122-000 | 1,200.00 | | 5,400.59 |
| 08/12/08 | | Erin C. Maloney | August rent for 852 W. Oakdale | 1122-000 | -1,200.00 | | 4,200.59 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.51 | | 4,201.10 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.55 | | 4,201.65 |
| 10/03/08 | {10} | Sarah Wochos | 852 W. Oakdale Rent check Dated 09/01/08 | 1122-000 | 600.00 | | 4,801.65 |
| 10/03/08 | {10} | Sarah Wochos | Check Dated Oct. 1, 2008 | 1122-000 | 600.00 | | 5,401.65 |
| 10/03/08 | {10} | Erin C. Maloney | Check dated Sept. 1 2008 | 1122-000 | 1,200.00 | | 6,601.65 |
| 10/03/08 | {10} | Erin C. Maloney | Check Dated Oct. 1 2008 | 1122-000 | 1,200.00 | | 7,801.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.76 | | 7,802.41 |
| 11/13/08 | {10} | Sarah Wochos | November Rent | 1122-000 | 600.00 | | 8,402.41 |
| 11/13/08 | {10} | Erin C. Maloney | November Rent | 1122-000 | 600.00 | | 9,002.41 |
| 11/13/08 | {9} | Kerry Maloney | November rent | 1110-000 | 600.00 | | 9,602.41 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.68 | | 9,603.09 |
| 12/08/08 | {10} | Sarah Wochos | Dec. Rent | 1122-000 | 600.00 | | 10,203.09 |
| 12/08/08 | {10} | Erin C. Maloney | Dec. Rent | 1122-000 | 1,200.00 | | 11,403.09 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 11,403.84 |
| 01/11/09 | {10} | Kerry Moloney | January Rent 852 Oakdale | 1122-000 | 600.00 | | 12,003.84 |
| 01/11/09 | {10} | Erin C. Moloney | January Rent | 1122-000 | 600.00 | | 12,603.84 |
| 01/11/09 | {10} | Sarah Wochos | January Rent | 1122-000 | 600.00 | | 13,203.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,204.34 |
| 02/03/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond at .80/$1000 Voided on 02/03/09 | 2300-003 | | ! 0.02 | 13,204.32 |
| 02/03/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond at .80/$1000 Voided: check issued on 02/03/09 | 2300-003 | | ! -0.02 | 13,204.34 |
| 02/03/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond Premium | 2300-003 | | 11.42 | 13,192.92 |

Subtotals: $13,204.34   $11.42

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 03/26/2010 01:37 PM   V.11.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 08-04462
Case Name: REINHART, CHARLES E

Taxpayer ID #: 13-7602870
Period Ending: 03/26/10

Trustee: DAVID P. LEIBOWITZ (330570)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****33-65 - Money Market Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 02/27/09 | | | | |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,193.42 |
| 02/27/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond Premium Voided: check issued on 02/03/09 | 2300-003 | | -11.42 | 13,204.84 |
| 03/09/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-04462 | 2300-000 | | 16.50 | 13,188.34 |
| 03/13/09 | 1004 | Amazing Lock Service, Inc. | To open 2nd floor apt. at 852 W. Oakdale (water Leak) Stopped on 03/12/10 | 2420-004 | | 85.00 | 13,103.34 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,103.91 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,104.44 |
| 05/28/09 | 1005 | Jill Halpern | Out of Pocket Expenses- Plumbing Repairs | 2420-000 | | 350.00 | 12,754.44 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,754.96 |
| 06/01/09 | 1006 | Law Offices of David Weininger | Survey and Water Dept. Expense | 2420-000 | | 498.47 | 12,256.49 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,257.03 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,257.55 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,258.07 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,258.57 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,259.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,259.59 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,260.11 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,260.59 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,261.06 |
| 03/12/10 | 1004 | Amazing Lock Service, Inc. | To open 2nd floor apt. at 852 W. Oakdale (water Leak) Stopped: check issued on 03/13/09 | 2420-004 | | -85.00 | 12,346.06 |

|   |   |   |
|---|---|---|
| ACCOUNT TOTALS | 13,211.03 | 864.97 | $12,346.06 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 13,211.03 | 864.97 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $13,211.03 | $864.97 | |

{} Asset reference(s)

Printed: 03/26/2010 01:37 PM    V.11.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-04462 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | REINHART, CHARLES E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****33-65 - Money Market Account |
| Taxpayer ID #: | 13-7602870 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   13,211.03
―――――――
Net Estate :   $13,211.03

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****33-65 | 13,211.03 | 864.97 | 12,346.06 |
| | $13,211.03 | $864.97 | $12,346.06 |
| Bank Transfers | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 03/26/2010 01:37 PM    V.11.54

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-04462
Case Name: REINHART, CHARLES E
Trustee Name: DAVID P. LEIBOWITZ

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID P. LEIBOWITZ | $ 2,071.10 | $ 92.30 |
| *Attorney for trustee* | Leibowitz Law Center | $ 9,160.00 | $ 434.71 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                   *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 276,403.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 559.24 | $ 1.19 |
| 2 | Discover Bank/DFS Services LLC | $ 23,548.48 | $ 50.09 |
| 3 | Recovery Management Systems Corporation | $ 10,622.22 | $ 22.59 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 33,267.11 | $ 70.76 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 16,988.20 | $ 36.14 |
| 6 | American Express Bank FSB | $ 2,546.58 | $ 5.42 |
| 7 | American Express Bank FSB | $ 3,088.92 | $ 6.57 |
| 8 | American Express Centurion Bank | $ 66,916.58 | $ 142.34 |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | $ 12,471.76 | $ 26.53 |

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 106,394.33 | $ 226.32 |

Tardily filed claims of general (unsecured) creditors totaling $ 181,700.34 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | eCAST Settlement Corporation | $ 11,923.38 | $ 0.00 |
| 12 | CHASE HOME FINANCE | $ 169,776.96 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**