**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-04462-ERW |
| | § | |
| CHARLES E REINHART | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,589,100.00 | Assets Exempt: | $19,100.00 |
| Total Distributions to Claimants: | $589.14 | Claims Discharged Without Payment: | $607,629.42 |
| Total Expenses of Administration: | $12,623.04 | | |

3)      Total gross receipts of $13,212.18  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $13,212.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,232,428.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $12,623.04 | $12,623.04 | $12,623.04 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $434,947.80 | $458,103.76 | $458,103.76 | $589.14 |
| **Total Disbursements** | $2,667,375.80 | $470,726.80 | $470,726.80 | $13,212.18 |

4). This case was originally filed under chapter 7 on 02/27/2008. The case was pending for 31 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2010                    By:   /s/ David P. Leibowitz
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1425 Brickell Avenue, #44D, Miami, FL 33131 | 1110-000 | $600.00 |
| Rent for 852 W. Oakdale | 1122-000 | $12,600.00 |
| Interest Earned | 1270-000 | $12.18 |
| **TOTAL GROSS RECEIPTS** | | $13,212.18 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank Of America | 4110-000 | $103,515.00 | NA | $0.00 | $0.00 |
| Bank One/Chase | 4110-000 | $166,046.00 | NA | $0.00 | $0.00 |
| Countrywide Home Lending | 4110-000 | $803,710.00 | NA | $0.00 | $0.00 |
| Countrywide Home Lending | 4110-000 | $642,400.00 | NA | $0.00 | $0.00 |
| Countrywide Home Lending | 4110-000 | $461,757.00 | NA | $0.00 | $0.00 |
| Millennium Tower Residence Condo | 4110-000 | $5,000.00 | NA | $0.00 | $0.00 |
| Washington Mutual Mortgage | 4110-000 | $50,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $2,232,428.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $2,071.06 | $2,071.06 | $2,071.06 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $92.30 | $92.30 | $92.30 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $16.50 | $16.50 | $16.50 |
| Jill Halpern | 2420-000 | NA | $350.00 | $350.00 | $350.00 |
| Law Offices of David Weininger | 2420-000 | NA | $498.47 | $498.47 | $498.47 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| Leibowitz Law Center, Attorney for Trustee | 3120-000 | NA | $434.71 | $434.71 | $434.71 |
| Leibowitz Law Center, Attorney for Trustee | 3210-000 | NA | $9,160.00 | $9,160.00 | $9,160.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,623.04 | $12,623.04 | $12,623.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Bank FSB | 7100-000 | $2,412.00 | $2,546.58 | $2,546.58 | $5.43 |
| American Express Bank FSB | 7100-000 | $3,000.00 | $3,088.92 | $3,088.92 | $6.58 |
| American Express Centurion Bank | 7100-000 | $65,152.00 | $66,916.58 | $66,916.58 | $142.63 |
| Blmdsnb | 7100-000 | $2,730.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| Chase Manhattan | 7100-000 | $65,198.00 | NA | NA | $0.00 |
| Ct natural Gas | 7100-000 | $35.00 | NA | NA | $0.00 |
| Discover Bank/DFS Services LLC | 7100-000 | $23,548.00 | $23,548.48 | $23,548.48 | $50.19 |
| ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC Bank Nevada | 7100-000 | $12,099.00 | $12,471.76 | $12,471.76 | $26.58 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $106,394.00 | $106,394.33 | $106,394.33 | $226.77 |
| Hsbc/neimn | 7100-000 | $9,758.00 | NA | NA | $0.00 |
| Hsbc/saks | 7100-000 | $5,497.00 | NA | NA | $0.00 |
| Hsbc/saks | 7100-000 | $27.00 | NA | NA | $0.00 |
| Hsbc/sony | 7100-000 | $2,778.00 | NA | NA | $0.00 |
| LVNV Funding LLC its successors and | 7100-000 | $16,988.00 | $16,988.20 | $16,988.20 | $36.21 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| assigns as assignee of Citibank | | | | | |
| Mcydsnb | 7100-000 | $2,487.00 | NA | NA | $0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | $32,428.00 | $33,267.11 | $33,267.11 | $70.91 |
| Recovery Management Systems Corporation | 7100-000 | $559.00 | $559.24 | $559.24 | $1.20 |
| Recovery Management Systems Corporation | 7100-000 | $10,622.00 | $10,622.22 | $10,622.22 | $22.64 |
| Visdsnb | 7100-000 | $6,661.00 | NA | NA | $0.00 |
| Visdsnb | 7100-000 | $678.00 | NA | NA | $0.00 |
| World Financial Network | 7100-000 | $2,359.12 | NA | NA | $0.00 |
| World Financial Network | 7100-000 | $1,906.68 | NA | NA | $0.00 |
| CHASE HOME FINANCE | 7200-000 | NA | $169,776.96 | $169,776.96 | $0.00 |
| eCAST Settlement Corporation Assignee of HSBC Bank Nevada,(Saks | 7200-000 | $11,631.00 | $11,923.38 | $11,923.38 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $434,947.80 | $458,103.76 | $458,103.76 | $589.14 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| | |
|---|---|
| **Case No.:** 08-04462-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** REINHART, CHARLES E | **Date Filed (f) or Converted (c):** 02/27/2008 (f) |
| **For the Period Ending:** 9/2/2010 | **§341(a) Meeting Date:** 03/25/2008 |
| | **Claims Bar Date:** 06/30/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 3 | 1435 Brickell Avenue, #3002, Miami, FL 33131 | $650,000.00 | $138,243.00 | DA | $0.00 | FA |
| 4 | Bank of America checking | $0.00 | $0.00 | DA | $0.00 | FA |
| 5 | Security Deposit with (2)Tenants | $3,400.00 | $0.00 | DA | $0.00 | FA |
| 6 | Furniture | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | Clothing | $200.00 | $0.00 | DA | $0.00 | FA |
| 8 | Location: 852 W. Oakdale Avenue, Chicago | $1,070,000.00 | $85,244.00 | OA | $0.00 | FA |
| 9 | 1425 Brickell Avenue, #44D, Miami, FL 33131 | $795,000.00 | $44,085.00 | DA | $600.00 | FA |
| 10 | Rent for 852 W. Oakdale | Unknown | Unknown | DA | $12,600.00 | FA |
| **Asset Notes:** | Rent from each unit of 852 W. Oakdale | | | | | |
| INT | Interest Earned                      **(u)** | Unknown | Unknown | | $12.18 | Unknown |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
| | $2,519,100.00 | $267,572.00 | $13,212.18 | $0.00 |

**Major Activities affecting case closing:**

Possible sale for $725,000 - negotiate carveout. 10/22/09DPL

Selling property - investigating background activities - 01/21/09 - Ladue connection.

Claims objections filed
TFR to be prepared

TFR to be done.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 03/25/2009 | | **Current Projected Date Of Final Report (TFR):** 03/26/2010 |

Page No: 1    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-04462-ERW | |
| **Case Name:** | REINHART, CHARLES E | |
| **Primary Taxpayer ID #:** | ******2870 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/27/2008 | |
| **For Period Ending:** | 9/2/2010 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******3365 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********3365 | Wire in from JPMorgan Chase Bank, N.A. account ********3365 | 9999-000 | $12,346.69 | | $12,346.69 |
| 04/27/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $0.52 | | $12,347.21 |
| 04/27/2010 | | To Account #**********3366 | In preparation to distribution | 9999-000 | | $12,347.21 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $12,347.21 | $12,347.21 | $0.00 |
| **Less: Bank transfers/CDs** | $12,346.69 | $12,347.21 | |
| **Subtotal** | $0.52 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.52 | $0.00 | |

| **For the period of 2/27/2008 to 9/2/2010** | | **For the entire history of the account between 04/06/2010 to 9/2/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.52 | Total Compensable Receipts: | $0.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.52 | Total Comp/Non Comp Receipts: | $0.52 |
| Total Internal/Transfer Receipts: | $12,346.69 | Total Internal/Transfer Receipts: | $12,346.69 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,347.21 | Total Internal/Transfer Disbursements: | $12,347.21 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04462-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | REINHART, CHARLES E | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2870 | Checking Acct #: | ******3366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/27/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2010 | | From Account #**********3365 | In preparation to distribution | 9999-000 | $12,347.21 | | $12,347.21 |
| 04/27/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $92.30, Trustee Expenses; Reference: | 2200-000 | | $92.30 | $12,254.91 |
| 04/27/2010 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $2,071.06, Trustee Compensation; Reference: | 2100-000 | | $2,071.06 | $10,183.85 |
| 04/27/2010 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $9,160.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | $9,160.00 | $1,023.85 |
| 04/27/2010 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $434.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $434.71 | $589.14 |
| 04/27/2010 | 105 | Discover Bank/DFS Services LLC | Dividend paid 0.21% on $23,548.48; Claim# 2; Filed: $23,548.48; Reference: | 7100-000 | | $50.19 | $538.95 |
| 04/27/2010 | 106 | Recovery Management Systems Corporation | Dividend paid 0.21% on $10,622.22; Claim# 3; Filed: $10,622.22; Reference: | 7100-000 | | $22.64 | $516.31 |
| 04/27/2010 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 0.21% on $33,267.11; Claim# 4; Filed: $33,267.11; Reference: | 7100-000 | | $70.91 | $445.40 |
| 04/27/2010 | 108 | LVNV Funding LLC its successors and assigns as | Dividend paid 0.21% on $16,988.20; Claim# 5; Filed: $16,988.20; Reference: | 7100-000 | | $36.21 | $409.19 |
| 04/27/2010 | 109 | American Express Bank FSB | Dividend paid 0.21% on $2,546.58; Claim# 6; Filed: $2,546.58; Reference: | 7100-000 | | $5.43 | $403.76 |
| 04/27/2010 | 110 | American Express Bank FSB | Dividend paid 0.21% on $3,088.92; Claim# 7; Filed: $3,088.92; Reference: | 7100-000 | | $6.58 | $397.18 |
| 04/27/2010 | 111 | American Express Centurion Bank | Dividend paid 0.21% on $66,916.58; Claim# 8; Filed: $66,916.58; Reference: | 7100-000 | | $142.63 | $254.55 |
| 04/27/2010 | 112 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Dividend paid 0.21% on $12,471.76; Claim# 9; Filed: $12,471.76; Reference: | 7100-000 | | $26.58 | $227.97 |
| 04/27/2010 | 113 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 0.21% on $106,394.33; Claim# 10; Filed: $106,394.33; Reference: | 7100-000 | | $226.77 | $1.20 |
| 04/27/2010 | 114 | Clerk, U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | $1.20 | $0.00 |

**SUBTOTALS**     $12,347.21          $12,347.21

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-04462-ERW | |
| **Case Name:** | REINHART, CHARLES E | |
| **Primary Taxpayer ID #:** | ******2870 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/27/2008 | |
| **For Period Ending:** | 9/2/2010 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Checking Acct #:** | ******3366 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $12,347.21 | $12,347.21 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $12,347.21 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $12,347.21 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $12,347.21 | |

**For the period of  2/27/2008 to 9/2/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $12,347.21 |
| | |
| Total Compensable Disbursements: | $12,347.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,347.21 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2010 to 9/2/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $12,347.21 |
| | |
| Total Compensable Disbursements: | $12,347.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,347.21 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 4    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-04462-ERW | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | REINHART, CHARLES E | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2870 | | | Money Market Acct #: | ******3365 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 2/27/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2008 | (10) | Erin Maloney | Rent for unit of 852 W. Oakdale | 1122-000 | $600.00 | | $600.00 |
| 05/30/2008 | (10) | Kerry Maloney | Rent for 852 W. Oakdale | 1122-000 | $600.00 | | $1,200.00 |
| 05/30/2008 | (10) | Sarah Wochos | Rent for unit in 852 W. Oakdale | 1122-000 | $600.00 | | $1,800.00 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.19 | | $1,800.19 |
| 07/01/2008 | (10) | Erin C. Maloney | July rent for Oakdale unit | 1122-000 | $600.00 | | $2,400.19 |
| 07/01/2008 | (10) | Kerry Maloney | July rent for Oakdale unit | 1122-000 | $600.00 | | $3,000.19 |
| 07/01/2008 | (10) | Sarah Wochos | Rent for July for Oakdale unit | 1122-000 | $600.00 | | $3,600.19 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.40 | | $3,600.59 |
| 08/04/2008 | (10) | Erin C. Maloney | August rent for 852 W. Oakdale | 1122-000 | $1,200.00 | | $4,800.59 |
| 08/04/2008 | (10) | Sarah Wochos | August Rent for 852 W. Oakdale | 1122-000 | $600.00 | | $5,400.59 |
| 08/12/2008 | (10) | Erin C. Maloney | August rent for 852 W. Oakdale | 1122-000 | ($1,200.00) | | $4,200.59 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.51 | | $4,201.10 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.55 | | $4,201.65 |
| 10/03/2008 | (10) | Sarah Wochos | 852 W. Oakdale Rent check Dated 09/01/08 | 1122-000 | $600.00 | | $4,801.65 |
| 10/03/2008 | (10) | Sarah Wochos | Check Dated Oct. 1, 2008 | 1122-000 | $600.00 | | $5,401.65 |
| 10/03/2008 | (10) | Erin C. Maloney | Check dated Sept. 1 2008 | 1122-000 | $1,200.00 | | $6,601.65 |
| 10/03/2008 | (10) | Erin C. Maloney | Check Dated Oct. 1 2008 | 1122-000 | $1,200.00 | | $7,801.65 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $0.76 | | $7,802.41 |
| 11/13/2008 | (9) | Kerry Maloney | November rent | 1110-000 | $600.00 | | $8,402.41 |
| 11/13/2008 | (10) | Sarah Wochos | November Rent | 1122-000 | $600.00 | | $9,002.41 |
| 11/13/2008 | (10) | Erin C. Maloney | November Rent | 1122-000 | $600.00 | | $9,602.41 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.68 | | $9,603.09 |
| 12/08/2008 | (10) | Sarah Wochos | Dec. Rent | 1122-000 | $600.00 | | $10,203.09 |
| 12/08/2008 | (10) | Erin C. Maloney | Dec. Rent | 1122-000 | $1,200.00 | | $11,403.09 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.75 | | $11,403.84 |
| 01/11/2009 | (10) | Erin C. Moloney | January Rent | 1122-000 | $600.00 | | $12,003.84 |
| 01/11/2009 | (10) | Kerry Moloney | January Rent 852 Oakdale | 1122-000 | $600.00 | | $12,603.84 |

| | | | **SUBTOTALS** | | $12,603.84 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-04462-ERW | |
| **Case Name:** | REINHART, CHARLES E | |
| | | |
| **Primary Taxpayer ID #:** | ******2870 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/27/2008 | |
| **For Period Ending:** | 9/2/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******3365 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/11/2009 | (10) | Sarah Wochos | January Rent | 1122-000 | $600.00 | | $13,203.84 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $13,204.34 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.02 | $13,204.32 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.02) | $13,204.34 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond Premium | 2300-000 | | $11.42 | $13,192.92 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-04462, 2009 Blanket Bond Premium | 2300-003 | | ($11.42) | $13,204.34 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $13,204.84 |
| 03/09/2009 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-04462 | 2300-000 | | $16.50 | $13,188.34 |
| 03/13/2009 | 1004 | Amazing Lock Service, Inc. | To open 2nd floor apt. at 852 W. Oakdale (water Leak) | 2420-000 | | $85.00 | $13,103.34 |
| 03/13/2009 | 1004 | Amazing Lock Service, Inc. | To open 2nd floor apt. at 852 W. Oakdale (water Leak) | 2420-004 | | ($85.00) | $13,188.34 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.57 | | $13,188.91 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.53 | | $13,189.44 |
| 05/28/2009 | 1005 | Jill Halpern | Out of Pocket Expenses- Plumbing Repairs | 2420-000 | | $350.00 | $12,839.44 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,839.96 |
| 06/01/2009 | 1006 | Law Offices of David Weininger | Survey and Water Dept. Expense | 2420-000 | | $498.47 | $12,341.49 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.54 | | $12,342.03 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,342.55 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,343.07 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,343.57 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,344.07 |
| | | | **SUBTOTALS** | | $605.20 | $864.97 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 08-04462-ERW |
| **Case Name:** | REINHART, CHARLES E |
| **Primary Taxpayer ID #:** | ******2870 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/27/2008 |
| **For Period Ending:** | 9/2/2010 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******3365 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,344.59 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.52 | | $12,345.11 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.48 | | $12,345.59 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.47 | | $12,346.06 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.55 | | $12,346.61 |
| 04/06/2010 | | Wire out to BNYM account ********3365 | Wire out to BNYM account ********3365 | 9999-000 | ($12,346.69) | | ($0.08) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.08 | | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $864.97 | $864.97 | $0.00 |
| **Less: Bank transfers/CDs** | | ($12,346.69) | $0.00 | |
| **Subtotal** | | $13,211.66 | $864.97 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $13,211.66 | $864.97 | |

**For the period of 2/27/2008 to 9/2/2010**

| | |
|---|---|
| Total Compensable Receipts: | $13,211.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,211.66 |
| Total Internal/Transfer Receipts: | ($12,346.69) |
| Total Compensable Disbursements: | $864.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $864.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/30/2008 to 9/2/2010**

| | |
|---|---|
| Total Compensable Receipts: | $13,211.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,211.66 |
| Total Internal/Transfer Receipts: | ($12,346.69) |
| Total Compensable Disbursements: | $864.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $864.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 08-04462-ERW | |
| **Case Name:** | REINHART, CHARLES E | |
| | | |
| **Primary Taxpayer ID #:** | ******2870 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/27/2008 | |
| **For Period Ending:** | 9/2/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******3365 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $13,212.18 | $13,212.18 | $0.00 |

**For the period of 2/27/2008 to 9/2/2010**

| | |
|---|---|
| Total Compensable Receipts: | $13,212.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,212.18 |
| Total Internal/Transfer Receipts: | $12,347.21 |
| | |
| Total Compensable Disbursements: | $13,212.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,212.18 |
| Total Internal/Transfer Disbursements: | $12,347.21 |

**For the entire history of the case between 02/27/2008 to 9/2/2010**

| | |
|---|---|
| Total Compensable Receipts: | $13,212.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,212.18 |
| Total Internal/Transfer Receipts: | $12,347.21 |
| | |
| Total Compensable Disbursements: | $13,212.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,212.18 |
| Total Internal/Transfer Disbursements: | $12,347.21 |